# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| STREAMLINE PUBLISHING, INC., | § |
| | § |
| Plaintiff, | § |
| | § |
| v. | §   CIVIL ACTION NO. 1:10-cv-00965 |
| | § |
| INTERWEAVE PRESS LLC, | § |
| | § |
| Defendant. | § |

## RULE 7.1 STATEMENT OF STREAMLINE PUBLISHING, INC.

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable the judges and magistrate judges of the Western District of Texas to evaluate possible disqualification or recusal, Plaintiff Streamline Publishing, Inc. states that it has no parent company.  There are no publicly held companies that own 10% or more of the stock of Streamline Publishing, Inc.


Date:  December 20, 2010                    /s/  William G. Barber
                                                                   William G. Barber
                                                                   Texas Bar No. 01713050
                                                                   Jered E. Matthysse
                                                                   Texas Bar No. 24072226
                                                                   PIRKEY BARBER LLP
                                                                   600 Congress Avenue, Suite 2120
                                                                   Austin, Texas  78701
                                                                   (512) 322-5200

                                                                   ATTORNEYS FOR PLAINTIFF

- 2 -

## CERTIFICATE OF SERVICE

  The undersigned hereby certify that a true and correct copy of the foregoing RULE 7.1 STATEMENT OF STREAMLINE PUBLISHING, INC. will be served on the Defendant with the Complaint and Summons.

              /s/  William G. Barber
              William G. Barber